UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

MARSENA MUNDY-MILLER,

     Plaintiff,

v.

THE TJX COMPANIES, INC. d/b/a T.J. MAXX,

     Defendant.

Case No:

Judge

Magistrate

| | |
|---|---|
| Cary M. Makrouer (P26831)<br>Rema W. Dassouki (P82962)<br>THE THURSWELL LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>1000 Town Center, Suite 500<br>Southfield, MI  48075-1221<br>248.354.2222<br>cmakrouer@thurswell.com<br>aesseily@thurswell.com | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendant<br>1155 Brewery Park Blvd., Ste 200<br>Detroit, MI  48207<br>313.446.5501<br>jgillooly@garanlucow.com |

**NOTICE FOR REMOVAL OF CAUSE TO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>**

NOW COMES Defendant, THE TJX COMPANIES, INC. d/b/a T.J. MAXX, by and through its attorneys, GARAN LUCOW MILLER, P.C., and hereby gives notice of its removal of this action from the Circuit Court for the County of Oakland State of Michigan (Case No. 19-172959-NO) to the United States District Court for the Eastern District of Michigan Southern Division, pursuant to 28 U.S.C. §§ 1332 and 1441.  In support of its Notice

of Removal, THE TJX COMPANIES, INC. d/b/a T.J. MAXX states as follows:

1.     An action has been commenced against Defendant THE TJX COMPANIES, INC. d/b/a T.J. MAXX in the Circuit Court for the County of Oakland, State of Michigan, entitled Marsena Mundy-Miller v. The TJX Companies, Inc. d/b/a T.J. MAXX, Case No. 19-172959-NO.  Copies of the Summons and Complaint, and all pleadings filed are attached hereto as **Exhibit A**.

2.     THE TJX COMPANIES, INC. d/b/a T.J. MAXX was served with copies of the Summons and Complaint through its registered agent by certified mail on April 11, 2019.  This Notice of Removal is due within thirty (30) days following receipt thereof, and is therefore timely under 28 U.S.C. § 1446(b)(1).

3.     In her Complaint, Plaintiff alleges that she suffered an injury located at 17740 Thirteen Mile Road, in the City of Beverly Hills, in the County of Oakland and State of Michigan.  Plaintiff seeks damages in an unspecified amount in excess of $25,000, the jurisdictional minimum for a civil action filed in a Michigan circuit court.  (**Exhibit A**, ¶3)

## GROUNDS FOR REMOVAL

4.     This Honorable Court has original jurisdiction pursuant to 28

U.S.C. § 1332, and removal is proper pursuant to 28 U.S.C. § 1441(a),

which provides, in pertinent part, that:

> [A]ny civil action brought in a State court of which the district
> courts of the United States have original jurisdiction, may be
> removed by the defendant . . . to the district court of the United
> States for the district and division embracing the place where
> such action is pending.

5.     The United States District Court for the Eastern District of

Michigan, Southern Division, has original jurisdiction because this is an

action (a) wherein the amount in controversy exceeds the sum of $75,000

exclusive of interests and costs; and (b) between citizens of different

states.

6.     Plaintiff alleges in her Complaint that she is a resident of the

County of Oakland and resides in Michigan. (**Exhibit A**, ¶1)  Thus, Plaintiff

is a citizen of Michigan.

7.     THE TJX COMPANIES, INC. d/b/a T.J. MAXX, is a foreign

corporation with its principle place of business located in Framingham,

Massachusetts.  (See the State of Massachusetts Corporations Bureau

Confirmation pages for The TJX Companies, Inc., attached hereto as

**Exhibit B**.) Thus, Defendant THE TJX COMPANIES, INC. d/b/a T.J. MAXX. is a citizen of the State of Massachusetts.

8. Because Plaintiff is a citizen of Michigan and Defendant, THE TJX COMPANIES, INC. d/b/a T.J. MAXX is a citizen of Massachusetts, there is complete diversity of citizenship between the parties.

9. Further, the amount in controversy exceeds $75,000 as discerned from the allegations in Plaintiff's Complaint and pertinent jury verdict and settlement research. A notice of removal may assert the amount in controversy if the initial pleading seeks "a money judgment, but the State practice . . . permits recovery of damages in excess of the amount demanded" and the district court finds that the amount in controversy is more likely than not above $75,000. See 28 U.S.C. § 1446(c)(A)-(B); see also Gafford v. Gen. Elec. Co., 997 F.2d 150, 158 (6th Cir. 1993), abrogated on other grounds, Hertz Corp. v. Friend, 130 S. Ct. 1181 (2010).

10. Plaintiff has alleged that she "was struck on the right hand, wrist and arm and sustained injuries, including but not limited to the following: contusion of right hand and wrist, disability, loss of enjoyment of life, has suffered or may yet suffer aggravation or activation of a pre-existing condition, wage loss and impairment of her earning capacity due to the

permanent nature of her injuries". (**Exhibit A**, ¶13 and 14). Plaintiff's allegations of injuries reflect a substantial likelihood that this controversy involves claims exceeding $75,000.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

12    THE TJX COMPANIES, INC. d/b/a T.J. MAXX has satisfied or will satisfy all of the procedural requirements for removal under 28 U.S.C. § 1446.

> a.    In accordance with 28 U.S.C. § 1446(a), this is the appropriate court for removal because the state court in which this action was commenced, the Oakland County Circuit Court, is within this Court's district and division. Copies of all process, pleadings, and orders served upon The TJX Companies, Inc. d/b/a T.J. Maxx in this action, including the Summons and Complaint, are attached as **Exhibit A**. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

> b.    In accordance with 28 U.S.C. § 1446(b)(3), this Notice of Removal is being timely filed within 30 days of the receipt of the Summons and Complaint.

> c.    In accordance with 28 U.S.C. § 1446(d), The TJX Companies, Inc. d/b/a T.J. Maxx is promptly notifying Plaintiff in writing that this case has been removed to this Honorable Court pursuant to this Notice of Removal. The TJX Companies, Inc. d/b/a T.J. Maxx has, contemporaneously with the filing of this Notice of Removal, filed a copy of the same with the court clerk of the Oakland County Circuit Court.

13.    The prerequisites for removal have been met.  If any questions arise as to the propriety of the removal of this action, THE TJX COMPANIES, INC. d/b/a T.J. MAXX respectfully requests the opportunity to present briefing, argument, and further evidence necessary to support its position that this case is removable.

14.    In removing this action, THE TJX COMPANIES, INC. d/b/a T.J. MAXX specifically reserves all its defenses including, without limitation, all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant THE TJX COMPANIES, INC. d/b/a T.J. MAXX hereby petitions to remove this case from the Circuit Court for the County of Oakland, State of Michigan to the United States District Court for the Eastern District of Michigan, Southern Division, and requests that all future proceedings be held in this Court.

Respectfully submitted,
GARAN LUCOW MILLER, P.C.

 /s/John J. Gillooly
GARAN LUCOW MILLER, P.C.
1155 Brewery Park Blvd., Suite 200
Detroit, MI   48207-2641
313.446.5571
jgillool@garanlucow.com
P41948

DATED:   April 25, 2019
DETROIT-#1443660.docx

# EXHIBIT A

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/efiling.

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

MARSENA MUNDY-MILLER,

               Plaintiff,

vs.

THE TJX COMPANIES, d/b/a TJ MAXX,

               Defendant.

2019-172959-NO

Case No.:  19-          -NO
HON. JUDGE DANIEL P. O'BRIEN

_____/

**CARY M. MAKROUER (P26831)**
**REMA W. DASSOUKI (P82962)**
THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys for Plaintiff
1000 Town Center, Suite 500
Southfield, MI 48075-1221
248-354-2222 (FAX-2323)
cmakrouer@thurswell.com
aesseily@thurswell.com
_____/

*There is no other pending or resolved civil action arising*
*out of the transaction or occurrence alleged in the Complaint.*

## COMPLAINT AND DEMAND FOR JURY TRIAL

    **NOW COMES** the Plaintiff, MARSENA MUNDY-MILLER, by and through her

attorneys, THE THURSWELL LAW FIRM, P.L.L.C., and for her Complaint states as

follows:

    1.   Plaintiff is a resident of the City of Detroit, County of Wayne, State of Michigan.

    2.   Defendant, THE TJX COMPANIES, INC., d/b/a TJ MAXX (herein referred "TJ

        MAXX") is a Foreign Profit Corporation, and at all relevant times was doing

        business as TJ Maxx at 17740 Thirteen Mile Road, Beverly Hills, Michigan

        48025, in the County of Oakland, State of Michigan.   Defendant's resident agent

FILED   Received for Filing   Oakland County Clerk   4/2/2019 3:16 PM
THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

for service of process is The Corporation Company, located at 40600 Ann Arbor Road, E.; Suite 201, Plymouth, Michigan 48170.

3. The amount in controversy exceeds the sum of Twenty-Five Thousand Dollars ($25,000.00).

4. On or about July 12, 2017, at approximately 7:45 p.m., Plaintiff was a patron of the Defendant store and was therefore an invitee lawfully on the premises.

5. On or about the same date and location, Defendant, TJ MAXX, was the owner, operator, manager, or otherwise in control of the premises, which included the clothing/display racks.

6. Plaintiff was not guilty of negligence or comparative negligence in connection with the instant matter.

7. At the above place and on the same date, at approximately 7:45 p.m., Plaintiff was injured when a clothing/display rack fell on her right hand, wrist and arm, as a direct and proximate result of, including but not limited to, Defendant's failure to maintain the clothing/display rack in a safe condition; failure to properly assemble the clothing/display rack and failure to inspect and make safe its premises.

8. The condition complained of was not observable upon casual inspection.

## COUNT I – NEGLIGENCE

9. Plaintiff incorporates paragraphs 1 – 8 of this Complaint.

10. It was the duty of TJ MAXX to provide a safe place for invitees such as Plaintiff and other similarly situated, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

2

11. Further, Defendant, TJ MAXX, had a duty toward Plaintiff and other patrons of said premises, as invitees, to inspect for dangerous conditions and to warn Plaintiff and other patrons of dangerous conditions of which it knew, or should have known.

12. Notwithstanding said duties, Defendant breached them in the following particulars:

   A. Negligently maintaining a dangerous and defective condition;

   B. Failing to take precautionary measures to correct or alleviate the unsafe condition created by the clothing/display rack;

   C. Failing to inspect said premises for dangerous conditions and failing to warn Plaintiff and others similarly situated of the unsafe condition after such time as Defendant knew, or could reasonably have known of the unsafe condition;

   D. Failing to warn Plaintiff and other patrons of the condition that caused Plaintiff's injury;

   E. Creating a dangerous condition by improperly maintaining the premises;

   F. Violation of local ordinance; and

   G. Performing other acts of negligence not yet known by Plaintiff, but which will be ascertained during the discovery of said litigation.

13. As a direct and proximate result of the negligence of Defendant, Plaintiff was struck on the right hand, wrist and arm and sustained injuries, including but not limited to, contusion of right hand and wrist, and any and all damages which the proofs may show.

14. As a further direct and proximate result of the aforementioned acts and omission of the Defendant, TJ MAXX, Plaintiff has suffered and will continue to suffer pain, humiliation, embarrassment, mental anguish, fright, shock, disability, loss of enjoyment of life, gross indignity and inconvenience because of the

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

3

permanent nature of said injuries; she has suffered or may yet suffer aggravation

or activation of a pre-existing condition; she has suffered both wage loss and

impairment of her earning capacity due to the permanent nature of her injures.

15. That as a further result of Defendant's negligence, Plaintiff has suffered damages

as previously stated herein.

    **WHEREFORE**, Plaintiff prays for judgment against the Defendant, TJ MAXX, for

damages in whatever amount in excess of Twenty-Five Thousand Dollars ($25,000.00) she

is deemed to be entitled, together with costs, interest and attorney fees.

                THE THURSWELL LAW FIRM, P.L.L.C.

                BY:   */s/ Cary M. Makrouer*
                CARY M. MAKROUER (P-26831)
                REMA W. DASSOUKI (P-82962)
                Attorneys for Plaintiff
                1000 Town Center, Suite 500
                Southfield, MI   48075-1221
                (248) 354-2222 (2323-FAX)
                cmakrouer@thurswell.com

DATED:      April 2, 2019

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

This case has been designated as an eFiling case. To review a copy of the Notice of
Mandatory eFiling visit www.oakgov.com/efiling.

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

MARSENA MUNDY-MILLER,

                Plaintiff,

vs.

THE TJX COMPANIES, d/b/a TJ MAXX,

                Defendant.

2019-172959-NO

Case No.: 19-          -NO
HON.JUDGE DANIEL P. O'BRIEN

_____/

**CARY M. MAKROUER (P26831)**
**REMA W. DASSOUKI (P82962)**
THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys for Plaintiff
1000 Town Center, Suite 500
Southfield, MI 48075-1221
248-354-2222 (FAX-2323)
cmakrouer@thurswell.com
aesseily@thurswell.com

_____/

## DEMAND FOR JURY TRIAL

    Plaintiff, by and through her attorneys, THE THURSWELL LAW FIRM, P.L.L.C.,

hereby formally demands a trial by jury of the within cause.

                THE THURSWELL LAW FIRM, P.L.L.C.

                BY:   */s/ Cary M. Makrouer*
                CARY M. MAKROUER (P-26831)
                REMA W. DASSOUKI (P-82962)
                Attorneys for Plaintiff
                1000 Town Center, Suite 500
                Southfield, MI   48075-1221
                (248) 354-2222 (2323-FAX)
                cmakrouer@thurswell.com

DATED:     April 2, 2019

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

5

# EXHIBIT B

Case 2:19-cv-11190-LVP-EAS ECF No. 1, PageID.14 Filed 04/25/19 Page 14 of 20

Mass. Corporations, external master page                                    Page 1 of 2





**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 042963233**                 Request certificate          New search

**Summary for:  THE TJX COMPANIES, INC.**

| | |
|---|---|
| **The exact name of the Foreign Corporation:**  THE TJX COMPANIES, INC. |
| **Merged with COMMONWEALTH DIRECT MARKETING, on** 07-18-1996 <br> **Merged with CODE BLAZER, INC. on** 01-12-1998 |
| **Entity type:**  Foreign Corporation |

**Identification Number:** 042963233          **Old ID Number:** 001001896

**Date of Registration in Massachusetts:**
06-05-1987

**Date of Withdrawal:**  03-04-1991          **Last date certain:**

**Organized under the laws of: State:** DE **Country:** USA **on:** 05-12-1987

**Current Fiscal Month/Day:** 01/31          **Previous Fiscal Month/Day:** 01/00

**The location of the Principal Office:**

Address:  ZAYRE CORP., TAX DEPT. 770 COCHITUATE ROAD

City or town, State, Zip code,          FRAMINGHAM,  MA   01701   USA
Country:

**The location of the Massachusetts office, if any:**

Address:

City or town, State, Zip code,
Country:

**The name and address of the Registered Agent:**

Name:     JAY MELTZER

Address: C/O TJX CO.,770 COCHITUATE RD.,

City or town, State, Zip code,          FRAMINGHAM,  MA   01701   USA
Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | BERNARD CAMMARATA | 43 SARAH WAY, CONCORD, MA USA |
| TREASURER | STEVEN R. WISHNER | 92 FOX RUN SUDBURY, MA 01776 USA |

**Business entity stock is publicly traded:**  ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| | | | | |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Consolidation – Foreign and Domestic

[ View filings ]

**Comments or notes associated with this business entity:**

[ New search ]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

MARSENA MUNDY-MILLER,

     Plaintiff,                                    Case No:
                                                        Judge
v.                                                      Magistrate

THE TJX COMPANIES, INC. d/b/a T.J. MAXX,

     Defendant.

| | |
|---|---|
| Cary M. Makrouer (P26831)<br>Rema W. Dassouki (P82962)<br>THE THURSWELL LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>1000 Town Center, Suite 500<br>Southfield, MI  48075-1221<br>248.354.2222<br>cmakrouer@thurswell.com<br>aesseily@thurswell.com | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendant<br>1155 Brewery Park Blvd., Ste 200<br>Detroit, MI  48207<br>313.446.5501<br>jgillooly@garanlucow.com |

## **AFFIDAVIT**

STATE OF MICHIGAN )
                         ) ss.
COUNTY OF WAYNE )

     JOHN J. GILLOOLY, being first duly sworn, deposes and says, that

he is associated with the law firm of GARAN LUCOW MILLER, P.C. and

that he has been charged with the defense and representation of THE TJX

COMPANIES, INC. d/b/a T.J. MAXX Defendant, herein; that in such

capacity he has prepared the foregoing Notice for Removal of Cause to the

United States District Court, Eastern District of Michigan, Southern Division, that the matters set forth in said Notice are true except as to those matters stated herein to be upon his information and belief as to which matters he is informed and believes same to be true.

Further deponent sayeth not.

/s/John J. Gillooly
JOHN J. GILLOOLY (P41948)


Subscribed and sworn to before me
on the 25th day of April, 2019.

/s/Deborah Brossoit
Deborah Brossoit, Notary Public
County of Wayne, State of Michigan
My Commission Expires: 09/19/2020

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

MARSENA MUNDY-MILLER,

     Plaintiff,                              Case No:

                                            Judge
v.                                        Magistrate

THE TJX COMPANIES, INC. d/b/a T.J. MAXX,

     Defendant.

| | |
|---|---|
| Cary M. Makrouer (P26831)<br>Rema W. Dassouki (P82962)<br>THE THURSWELL LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>1000 Town Center, Suite 500<br>Southfield, MI  48075-1221<br>248.354.2222<br>cmakrouer@thurswell.com<br>aesseily@thurswell.com | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendant<br>1155 Brewery Park Blvd., Ste 200<br>Detroit, MI  48207<br>313.446.5501<br>jgillooly@garanlucow.com |

## PROOF OF SERVICE

STATE OF MICHIGAN)
                       ) ss.
COUNTY OF WAYNE )

     DEBORAH BROSSOIT, being first duly sworn, deposes and says that she is employed with the law firm of GARAN LUCOW MILLER, P.C., and that on the 25th day of April, 2019, she caused to be served a true copy of **NOTICE FOR REMOVAL, AFFIDAVIT and PROOF OF SERVICE** upon the following:

| | |
|---|---|
| **Cary M. Makrouer, Esq.**<br>**Rema W. Dassouki, Esq.**<br>cmakrouer@thurswell.com<br>aesseily@thurswell.com | Clerk Assignment<br>OAKLAND COUNTY CIRCUIT COURT<br>1200 N. Telegraph Road, Dept. 404<br>Pontiac, MI  48341-0407 |

by electronic filing the foregoing paper with the Clerk of the Oakland County Circuit Court using the E-File & Serve system.

                                               /s/Deborah Brossoit

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

MARESENA MUNDY-MILLER,

      Plaintiff,

                                Case No: 19-172959-NO
                                Judge Daniel P. O'Brien

v.

THE TJX COMPANIES, INC. d/b/a T.J. MAXX,

      Defendant.

| | |
|---|---|
| Cary M. Makrouer (P26831)<br>Rema W. Dassouki (P82962)<br>THE THURSWELL LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>1000 Town Center, Suite 500<br>Southfield, MI 48075-1221<br>248.354.2222<br>cmakrouer@thurswell.com<br>aesseily@thurswell.com | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendant<br>1155 Brewery Park Blvd., Ste 200<br>Detroit, MI 48207<br>313.446.5501 313.259.0450 (fax)<br>jgillooly@garanlucow.com |

## <u>NOTICE OF FILING OF REMOVAL</u>

**PLEASE TAKE NOTICE** that a Notice of Removal of the entitled action from the

Oakland County Circuit Court, State of Michigan, to the United States District Court for

the Eastern District of Michigan, a copy of which is attached hereto, was duly filed April

25, 2019, in the United Sates District Court for the Eastern District of Michigan.

                                Respectfully submitted:

                                GARAN LUCOW MILLER, P.C.

                                /s/John J. Gillooly
                                Attorney for Defendants
                                1155 Brewery Park Blvd., Suite 200
                                Detroit, MI   48207
                                313.446.5501
                                jgillooly@garanlucow.com

Dated: April 25, 2019                P41948

DETROIT-#1443666.docx

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

MARESENA MUNDY-MILLER,

      Plaintiff,

                                    Case No: 19-172959-NO
                                    Judge Daniel P. O'Brien

v.

THE TJX COMPANIES, INC. d/b/a T.J. MAXX,

      Defendant.

| | |
|---|---|
| Cary M. Makrouer (P26831)<br>Rema W. Dassouki (P82962)<br>THE THURSWELL LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>1000 Town Center, Suite 500<br>Southfield, MI 48075-1221<br>248.354.2222<br>cmakrouer@thurswell.com<br>aesseily@thurswell.com | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendant<br>1155 Brewery Park Blvd., Ste 200<br>Detroit, MI 48207<br>313.446.5501 313.259.0450 (fax)<br>jgillooly@garanlucow.com |

## **PROOF OF SERVICE**

STATE OF MICHIGAN)
                   ) ss.
COUNTY OF WAYNE )

      DEBORAH BROSSOIT, being first duly sworn, deposes and says that she is employed by GARAN LUCOW MILLER, P.C., and that on the 25th day of April, 2019, she served by electronic filing the foregoing paper with the Clerk of the Court using the Court's E-File & Serve system which will send notification of such filing to the following:

                    **Cary M. Makrouer, Esq.**
                    **Rema W. Dassouki, Esq.**
                    cmakrouer@thurswell.com
                    aesseily@thurswell.com


                    /s/Deborah Brossoit