UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSENA MUNDY-MILLER,

    Plaintiff,

v.

THE TJX COMPANIES, INC. d/b/a T.J. MAXX,

    Defendant.

Case No: 19-11190
Judge Linda V. Parker
Magistrate Elizabeth A. Stafford

| Cary M. Makrouer (P26831) | John J. Gillooly (P41948) |
| Rema W. Dassouki (P82962) | Anthony P. Monticciolo (P76013) |
| THE THURSWELL LAW FIRM, PLLC | GARAN LUCOW MILLER, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1000 Town Center, Suite 500 | 1155 Brewery Park Blvd., Ste 200 |
| Southfield, MI 48075-1221 | Detroit, MI 48207 |
| 248.354.2222 | 313.446.5501 |
| cmakrouer@thurswell.com | jgillooly@garanlucow.com |
| aesseily@thurswell.com | amonticciolo@garanlucow.com |

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS ORDERED** that the above entitled cause be and the same hereby is dismissed in its entirety with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the captioned

case.

    **IT IS SO ORDERED.**

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: February 21, 2020

I stipulate to entry of the above order:

| /s/Cary Makrouer | /s/John J. Gillooly |
|---|---|
| Cary M. Makrouer | John J. Gillooly |
| THE THURSWELL LAW FIRM, PLLC | GARAN LUCOW MILLER, P.C. |
| 1000 Town Center, Suite 500 | 1155 Brewery Park Blvd., Ste 200 |
| Southfield, MI  48075-1221 | Detroit, MI  48207 |
| 248.354.2222 | 313.446.5501 |
| cmakrouer@thurswell.com | jgillooly@garanlucow.com |
| P26831 | P41948 |